MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of others
similarly situated,*

        **11 CV 7777 (JGK)**

       *Plaintiffs,*

    -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL EAST), 291
SEVENTH FOOD CORP. (d/b/a PITA GRILL),
PITAGRILLNYC CORP. (d/b/a PITA GRILL), PITA
GRILL MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR HOSSAIN,
SHAHJAHAR MAHMUD and WAYNE
MURATORE,

       *Defendants.*



-----------------------------------------------------------------X

## ORDER TO SHOW CAUSE

  Upon the affirmation of Michael A. Faillace dated April ___, 2012 and attached exhibits, it

is ORDERED:

  That the above named Defendants show cause before a motion term of this Court, at

Room 12B United States Courthouse, 500 Pearl Street, in the City, County and State of New

York, on April 27, at 2:30 o'clock in the after____ noon thereof, or as soon thereafter as

counsel may be heard, why a judgment of default should not be entered pursuant to Rule 55 of

the Federal Rules of Civil Procedure against the Defendants; and it is further

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before ___ o'clock in the ~~after~~ noon on _April 10_, 2012, shall be deemed good and sufficient service.

The Defendants are advised that failure to respond to the Order to Show Cause may be grounds for granting a default judgment against them, in which event the Defendants will have no trial.

The Plaintiffs shall file proof of service of this Order to Show Cause by

_April 17, 2012_ .

Dated: New York, New York
April 5, 2012

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____/s/_____
Michael Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

To:

PITA GRILL 7 INC. (d/b/a PITA GRILL EAST)
1570 First Avenue
New York, NY 10028

291 SEVENTH FOOD CORP. (d/b/a PITA GRILL)
291 Seventh Avenue
New York, NY 10001

PITAGRILLNYC CORP. (d/b/a PITA GRILL)
1083 Second Avenue
New York, NY 10022

PITA GRILL MANAGEMENT CO., INC. (d/b/a PITA GRILL)
299 Broadway, Suite 1818
New York, NY 10007

BENNETT ORFALY

SO ORDERED:

_____
U.S.D.J.
4/5/12

- 2 -

299 Broadway, Suite 1818
New York, NY 10007

AKBAR HOSSAIN
85-38 257th Street
Floral Park, NY 11001

SHAHJAHAR MAHMUD
50-23 65th Place
Woodside, NY 11377

WAYNE MURATORE
1083 Second Avenue
New York, NY 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of
others similarly situated,*

                           *Plaintiffs,*

        -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL
EAST), 291 SEVENTH FOOD CORP. (d/b/a
PITA GRILL), PITAGRILLNYC CORP.
(d/b/a PITA GRILL), PITA GRILL
MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR
HOSSAIN, SHAHJAHAR MAHMUD and
WAYNE MURATORE,
                       *Defendants.*
--------------------------------------------------------X

                  11 CV 7777 (JGK)

                  **CLERK'S CERTIFICATE**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that this action commenced on November 1, 2011 with the filing

of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed.

R. Civ. P. ("FRCP") 4(e) (1) (delivering a copy of each to an agent authorized by appointment or

by law to receive service of process) on Defendant Pita Grill 7 Inc., and proof of such service

thereof was filed on January 9, 2012.

      I further certify that the docket entries indicate that the Defendants have not filed an

Answer or otherwise moved with respect to the complaint herein. The default of the Defendant is

hereby noted.

Dated:  New York, New York
        April 2, 2012

                    **RUBY J.KRJICK**
                    Clerk of the Court

              By: _____

                     Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of
others similarly situated,*

                                    *Plaintiffs,*

                    -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL
EAST), 291 SEVENTH FOOD CORP. (d/b/a
PITA GRILL), PITAGRILLNYC CORP.
(d/b/a PITA GRILL), PITA GRILL
MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR
HOSSAIN, SHAHJAHAR MAHMUD and
WAYNE MURATORE,
                                    *Defendants.*
--------------------------------------------------------X

**11 CV 7777 (JGK)**

**CLERK'S CERTIFICATE**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that this action commenced on November 1, 2011 with the filing

of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed.

R. Civ. P. ("FRCP") 4(e) (1) (delivering a copy of each to an agent authorized by appointment or

by law to receive service of process) on Defendant 291 Seventh Food Corp., and proof of such

service thereof was filed on January 9, 2012.

     I further certify that the docket entries indicate that the Defendants have not filed an

Answer or otherwise moved with respect to the complaint herein. The default of the Defendant is

hereby noted.

Dated:  New York, New York
       April 2, 2012

                                   **RUBY J.KRJICK**
                                    Clerk of the Court

                        By: _____
                                  Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of
others similarly situated,*

                             *Plaintiffs,*

             -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL
EAST), 291 SEVENTH FOOD CORP. (d/b/a
PITA GRILL), PITAGRILLNYC CORP.
(d/b/a PITA GRILL), PITA GRILL
MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR
HOSSAIN, SHAHJAHAR MAHMUD and
WAYNE MURATORE,
                         *Defendants.*
--------------------------------------------------------X

**11 CV 7777 (JGK)**

**CLERK'S CERTIFICATE**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that this action commenced on November 1, 2011 with the filing

of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed.

R. Civ. P. ("FRCP") 4(e) (1) (delivering a copy of each to an agent authorized by appointment or

by law to receive service of process) on Defendant Pita Grill NYC Corp., and proof of such

service thereof was filed on January 9, 2012.

     I further certify that the docket entries indicate that the Defendants have not filed an

Answer or otherwise moved with respect to the complaint herein. The default of the Defendant is

hereby noted.

Dated:  New York, New York
        April 2, 2012

                             **RUBY J. KRJICK**
                             Clerk of the Court

                By:
                               Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of*
*others similarly situated,*

                                  *Plaintiffs,*

           -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL
EAST), 291 SEVENTH FOOD CORP. (d/b/a
PITA GRILL), PITAGRILLNYC CORP.
(d/b/a PITA GRILL), PITA GRILL
MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR
HOSSAIN, SHAHJAHAR MAHMUD and
WAYNE MURATORE,
                             *Defendants.*
-------------------------------------------------------X

**11 CV 7777 (JGK)**

**CLERK'S CERTIFICATE**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify that this action commenced on November 1, 2011 with the filing

of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed.

R. Civ. P. ("FRCP") 4(e) (1) (delivering a copy of each to an agent authorized by appointment or

by law to receive service of process) on Defendant Pita Grill Management Co., Inc., and proof of

such service thereof was filed on January 9, 2012.

     I further certify that the docket entries indicate that the Defendants have not filed an

Answer or otherwise moved with respect to the complaint herein. The default of the Defendant is

hereby noted.

Dated:  New York, New York
       April 2, 2012

                               **RUBY J.KRJICK**
                               Clerk of the Court

                       By:
                              Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of
others similarly situated,*

                               *Plaintiffs,*

             -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL
EAST), 291 SEVENTH FOOD CORP. (d/b/a
PITA GRILL), PITAGRILLNYC CORP.
(d/b/a PITA GRILL), PITA GRILL
MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR
HOSSAIN, SHAHJAHAR MAHMUD and
WAYNE MURATORE,
                          *Defendants.*
--------------------------------------------------------X

**11 CV 7777 (JGK)**

**ECF Case**

**FLSA Collective Action**

**CERTIFICATE OF DEFAULT**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 1, 2011 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e) (1), on Defendant Bennett Orfaly by personal delivery in accordance with the requirements of New York CPLR § 308(1), and proof of such service on the said Defendant was filed on April 2, 2012.

     I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
      April 2, 2012

                              **RUBY J. KRAJICK**
                              Clerk of the Court

                              By: _____
                              Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of*
*others similarly situated,*

                              *Plaintiffs,*

               -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL
EAST), 291 SEVENTH FOOD CORP. (d/b/a
PITA GRILL), PITAGRILLNYC CORP.
(d/b/a PITA GRILL), PITA GRILL
MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR
HOSSAIN, SHAHJAHAR MAHMUD and
WAYNE MURATORE,
                       *Defendants.*
--------------------------------------------------------X

**11 CV 7777 (JGK)**

**ECF Case**

**FLSA Collective Action**

**CERTIFICATE OF DEFAULT**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 1, 2011 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e) (1), on Defendant Wayne Muratore by personal delivery in accordance with the requirements of New York CPLR § 308(1), and proof of such service on the said Defendant was filed on April 2, 2012.

     I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
      April 2 , 2012

                               **RUBY J. KRAJICK**
                               Clerk of the Court

                               By: 
                               Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of
others similarly situated,*

                           *Plaintiffs,*

             -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL
EAST), 291 SEVENTH FOOD CORP. (d/b/a
PITA GRILL), PITAGRILLNYC CORP.
(d/b/a PITA GRILL), PITA GRILL
MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR
HOSSAIN, SHAHJAHAR MAHMUD and
WAYNE MURATORE,
                    *Defendants.*
--------------------------------------------------------X

    **11 CV 7777 (JGK)**

    **ECF Case**

    **FLSA Collective Action**

    **CERTIFICATE OF DEFAULT**

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 1, 2011 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e) (1), on Defendant Akbar Hossain by personal delivery in accordance with the requirements of New York CPLR § 308(1), and proof of such service on the said Defendant was filed on April 2, 2012.

       I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the Defendant is hereby noted.

Dated: New York, New York
      April 2, 2012

                            **RUBY J. KRAJICK**
                            Clerk of the Court

                            By:
                            Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MANUEL ANGAMARCA and LIVIO
ANGAMARCA, *individually and on behalf of*
*others similarly situated,*

                          *Plaintiffs,*

           -against-

PITA GRILL 7 INC. (d/b/a PITA GRILL
EAST), 291 SEVENTH FOOD CORP. (d/b/a
PITA GRILL), PITAGRILLNYC CORP.
(d/b/a PITA GRILL), PITA GRILL
MANAGEMENT CO., INC. (d/b/a PITA
GRILL), BENNETT ORFALY, AKBAR
HOSSAIN, SHAHJAHAR MAHMUD and
WAYNE MURATORE,
                        *Defendants.*
-------------------------------------------------------X

**11 CV 7777 (JGK)**

**ECF Case**

**FLSA Collective Action**

**CERTIFICATE OF DEFAULT**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 1, 2011 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e) (1), on Defendant Shahjahar Mahmud by personal delivery in accordance with the requirements of New York CPLR § 308(1), and proof of such service on the said Defendant was filed on April 2, 2012.

     I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the Defendant is hereby noted.

Dated: New York, New York
       April 2, 2012

                         **RUBY J. KRAJICK**
                         Clerk of the Court

                         By:
                         Deputy Clerk