## *Michael Faillace & Associates, P.C.*
110 East 59th Street
32nd Floor
New York, NY 10022

Ph:(212) 317-1200  Fax:(212) 317-1620

Manuel Angamarca  April 4, 2012

|  | File #: | pita2 |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**  Manuel Angamarca et al v. Pita Grill 7 Inc., et al. [11-CV-7777(JGK)]

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-12-11 | Meeting with client - re intakes | 2.75 | 1,237.50 | MF |
| Oct-19-11 | Drafting complaint | 1.85 | 832.50 | MF |
| Oct-25-11 | revised complaint. | 2.25 | 1,012.50 | MF |
| Oct-26-11 | Contacted clients - re verified the facts of intakes | 1.25 | 562.50 | MF |
| Oct-27-11 | Prepared complaint for filling | 2.25 | 1,012.50 | MF |
| Oct-28-11 | Research on lexis nexis | 2.80 | 1,260.00 | MF |
| Nov-01-11 | Finalized an filed complaint at SDNY | 4.50 | 2,025.00 | MF |
| Nov-24-11 | Drafted damages chart. | 3.25 | 1,462.50 | MF |
| Nov-30-11 | Finalizing damages chart. | 2.75 | 1,237.50 | MF |
| Apr-03-12 | Drafted default motion | 5.75 | 1,150.00 | YR |
| Apr-04-12 | Reviewed and c orrected default motion | 5.25 | 1,050.00 | YR |
|  | Finalizing and filed default motion | 5.40 | 1,080.00 | YR |

|  |  |  |
|---|---|---|
| Totals | 40.05 | $13,922.50 |

**DISBURSEMENTS**

|  |  |  |
|---|---|---|
|  | Filing Fee | 350.00 |
| Feb-29-12 | Process Server | 75.00 |
|  | Process Server | 75.00 |
|  | Process Server | 75.00 |
|  | Process Server | 75.00 |
|  | Process Server | 75.00 |
|  | Process Server | 75.00 |
|  | Process Server | 75.00 |
|  | Process Server | 75.00 |
|  | Totals | $950.00 |

**Total Fee & Disbursements**                                           $14,872.50

**Balance Now Due**                                                     $14,872.50

TAX ID Number     20-1211098